# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152047(74)(75)(76)

BARUCH SLS, INC.,
          Petitioner-Appellant,

v

TOWNSHIP OF TITTABAWASSEE,
          Respondent-Appellee.

_____/

SC: 152047
COA: 319953
Tax Tribunal: 00-395010;
          00-415093

On order of the Chief Justice, the motion of the City of Dexter and the Dexter Downtown Development Authority for leave to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 18, 2016, is accepted for filing. On further order of the Chief Justice, the motions of the Council of Michigan Foundations and the Michigan Nonprofit Association to extend the time for filing a brief amicus curiae and for leave to file the amicus brief are GRANTED. The amicus brief submitted on August, 26, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2016



Clerk